CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

OCT 2 1 2008

JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| JIMMIE L. REAVES, | ) |
| Plaintiff, | ) |
| v. | ) |
| ROANOKE REDEVELOPMENT AND HOUSING AUTHORITY, | ) Civil Action No. 7:08-cv-00484 |
| and | ) **FINAL ORDER** |
| BILL SIZEMORE | ) By: Hon. James C. Turk |
| and | ) Senior United States District Judge |
| BRIGGETTE HARRIS, | ) |
| Defendants. | ) |

In accordance with the accompanying memorandum opinion, it is hereby

**ADJUDGED AND ORDERED**

that Defendants' Motion for Summary Judgment (Docket No. 6) is **GRANTED**. The Clerk of Court is directed to strike the case from the active docket of this court and to send a copy of this Order and accompanying memorandum opinion to Plaintiff and counsel of record for Defendants.

ENTER: This 21st day of October, 2008.

Hon. James C. Turk
Senior United States District Judge